THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Wesley Thomasson, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2009-UP-484
Submitted October 1, 2009  Filed October
 15, 2009    
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  John
 Wesley Thomasson appeals, arguing the circuit court erred in revoking a year of
 his community supervision because there was insufficient evidence to support a
 revocation.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
Hearn, C.J., Konduros, and Lockemy, JJ.,  concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.